Argued and submitted June 29, reversed and remanded with instructions
July 22, 1992

STATE OF OREGON,
*Respondent,*

*v.*

ROBERTO MUNAZREZ-GUTIERREZ,
*Appellant.*

(901136266; CA A68433)

833 P2d 1381

J. Marvin Kuhn, Chief Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief was
Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem,
argued the cause for respondent. With him on the brief were
Charles S. Crookham, Attorney General, and Virginia L.
Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds,
Judges.

PER CURIAM

Reversed and remanded with instructions to dismiss the
indictment. *State v. Andrade-Torres*, 109 Or App 153, 817
P2d 296 (1991).